UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CR 616 - 013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| | ) | |
| v. | ) | VIO: |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| MICHAEL TAYLOR WISEMAN, | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| Defendant. | ) | Receipt Of Child Pornography |

**PENALTY CERTIFICATION**

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

| Count(s)/Charge | Statutory Penalty |
|---|---|
| **1 / Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)** | Imprisonment for not more than twenty 20) years; a fine of not more than $250,000; A term of Supervised Release of five (5) years to life, and a Special Assessment of $100; a second special assessment of $5000 (unless defendant is indigent). |
| **2 / Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)** | Imprisonment for not less than five (5) nor more than twenty (20) years; a fine of not more than $250,000; A term of Supervised Release of five (5) years to life, and a Special Assessment of $100; a second special assessment of $5000 (unless defendant is indigent). |

Respectfully submitted this _3d_ day of August, 2016.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Frederick Kramer
Assistant United States Attorney
Georgia Bar No. 428971